# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| RAPHAEL MENDEZ,<br><br>        Plaintiff,<br><br>v.<br><br>FMC ROCHESTER, Minnesota Employees and Office Titles AS: ACTING WARDEN et al; SIS COMMUNICATION MONITORING SYSTEM et al,<br><br>        Defendants. | Civil No. 17-3768 (JRT/SER)<br><br>**ORDER** |

Raphael Mendez, 01649-094, FMC Rochester, PMB 4000, Unit ½, Rochester, MN 55903, *pro se* plaintiff.

A Report and Recommendation was filed by Magistrate Judge Steven E. Rau on September 27, 2017 [Docket No. 8]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, the Court ADOPTS the Report and Recommendation of the Magistrate Judge dated September 27, 2017 [Docket No. 8]. Accordingly, **IT IS HEREBY ORDERED** that:

1. This action be DISMISSED without prejudice.

2. Plaintiff Mendez's application for leave to proceed *in forma pauperis* (Docket Nos. 2-3) be DENIED as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 12, 2017　　　　　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court